SEVIER VAOIA WIGHTMAN

No. 4-1929

High Court of American Samoa

Civil Jurisdiction, Trial Division

February 18, 1929

JAMES W. FOXALL, *American Judge* of the High Court; LUTU, *Native Judge* of the High Court; and [sic], President of the High Court

415

## DECREE

And now, February eighteenth, one thousand nine hundred and twenty-nine, the Court having fully considered the petition of Sevier Vaoia Wightman, do decree that Sevier Vaoia Wightman, who for some years past has been known as Sevier Vaoia Stubbs, be known in the future by his own name, Sevier Vaoia Wightman, and do further order that notice of this decree be published for four successive weeks at the Administration Building, Fagatoga, [sic]. Tutuila, American Samoa and in the Fa'atonu.